JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK P. OSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 8:23-cv-02401-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Defendant's Motion to Dismiss Second Amended Complaint, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: August 13, 2024

_David O. Carter_
DAVID O. CARTER
United States District Judge